UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No. 19 CR 651-LTS

ALEXANDRU RADULESCU,

         Defendant.

--------------------------------------------------------x

## Order

The Court has received a letter from Mr. Radulescu relating to defense representation matters that the Court will file under seal and provide to defense counsel of record, Mr. Jeffrey Pittell. Defense counsel is directed to discuss the issues raised in the letter with Mr. Radulescu and inform the Court if any further action is necessary with respect to the matter.

       SO ORDERED.

Dated: New York, New York
           August 3, 2021

                                                             _/s/ Laura Taylor Swain___
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge