UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No. 19 CR 651-LTS

ALEXANDRU RADULESCU,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Radulescu relating to defense representation matters that the Court will file under seal and provide to defense counsel of record, Mr. Jeffrey Pittell. Defense counsel is directed to discuss the issues raised in the letter with Mr. Radulescu and provide a status update to the Court on what, if any, further action is necessary with respect to appointment of associate or additional counsel by October 22, 2021.

      SO ORDERED.

Dated: New York, New York
       October 18, 2021

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge