UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                   No. 19CR651-LTS

ALEXANDRU RADULESCU (20),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Jeffrey G. Pittell, Esq., is relieved as CJA counsel for the defendant. James Branden, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated:  New York, New York
         October 25, 2021

                                                                         /s/  Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge