UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                   No.  19 CR 651-LTS

ALEXANDRU RADULESCU,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter from Mr. Radulescu relating to defense representation matters that the Court will file under seal and provide to defense counsel of record, Mr. James Branden.  Defense counsel is directed to discuss the issues raised in the letter with Mr. Radulescu and provide a status update to the Court on whether any further action is necessary with respect to the matter by January 14, 2022.

      SO ORDERED.

Dated: New York, New York
       January 7, 2022

                                                   /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge