UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,                    :

       v.                                   :        Cr. No. 19-651 (SHS)

ALEXANDRU RADULESCU,                         :        ORDER

          Defendant.                       :

-----------------------------------x

On the June 15, 2022, application of James M. Branden, Esq., attorney for Alexandru Radulescu, Defendant in the above-captioned matter, it is hereby

ORDERED that the Metropolitan Detention Center accept clothes – including one suit (jacket and pants), one blazer, one pair of pants, two shirts, three ties, three pairs of socks, and one pair of shoes and a belt – for Alexandru Radulescu, Inmate No. 87932-054, to wear at his trial, which is to commence on Monday, June 27, 2022.


Dated:     June 15, 2022
           New York, New York

                      _____

                      Hon. Sidney H. Stein
                      U.S.D.J.