UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | <u>ORDER</u> |
| MIRCEA CONSTANTINESCU, NIKOLAOS LIMBERATOS, and ALEXANDRU RADULESCU, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Given Mr. Seidler's unavailability on June 28, the Court will proceed to pick a jury starting at 9:30 a.m. on Monday, June 27, and will conduct the suppression hearing sometime after 12 noon on that day.

Dated: New York, New York
       June 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.