UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -v- | : | ORDER |
| ALEXANDRU RADULESCU, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing date is adjourned to January 3, 2023, at 4:00 p.m. The defendant's sentencing submission is due on or before December 13, the government's submission is due on or before December 20.

Dated: New York, New York
       November 9, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.