UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDRU RADULESCU,<br><br>Defendant. | 19-cr-651 (SHS)<br><br>ORDER ACCEPTING DEFENDANT'S GUILTY PLEA BEFORE A U.S. MAGISTRATE JUDGE |

SIDNEY H. STEIN, U.S. District Judge.

On June 23, 2022, pursuant to Fed. R. Crim. P. 11, United States Magistrate Judge Valerie Figueredo, after presiding over a plea allocution with the defendant's consent in the above captioned matter, reported and recommended that the above defendant's plea of guilty as to Counts One, Two, and Six be accepted. The Court, after reviewing the transcript of the allocution and after additional questioning of the defendant on June 27, 2022 in open court, determined that the defendant entered the guilty plea knowingly and voluntarily and there was a factual basis for the plea. The Court accepted the plea as to Counts One, Two, and Six on that date but a separate written order was not entered at that time. Accordingly,

IT IS HEREBY ORDERED that, as set forth on the record on June 27, 2022, the defendant's guilty plea to Counts One, Two, and Six is accepted by the Court. The Clerk of Court is directed to enter the plea.

Dated: New York, New York
       December 19, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.