UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,              :        19-cr-651 (SHS)

           -v-                                  :        ORDER

ALEXANDER RADULESCU,                   :

           Defendant.                       :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

    Defendant Radulescu has asked the Court to modify his term of imprisonment [Doc. No. 1498] on the basis that his "medical circumstances, his current prison conditions, and the rise of COVID and SRV infections nationwide" are "extraordinary and compelling reasons" that warrant such a reduction.

    IT IS HEREBY ORDERED that the government is directed to respond to defendant's motion on or before February 26, 2024.

Dated: New York, New York
       January 25, 2024

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.