UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-651 (SHS) |
| v. | ORDER |
| ALEXANDRU RADULESCU, | |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Alexandru Radulescu has moved for the Court to order the withdrawal of his counsel, James Branden, who was appointed to represent Radulescu on October 26, 2021 by Judge Laura Taylor Swain pursuant to the Criminal Justice Act (ECF No. 906), and is currently representing Radulescu in his appeal pending before the U.S. Court of Appeals for the Second Circuit. Pursuant to the Second Circuit CJA Plan, "Once the notice of appeal is filed, only the Court of Appeals may assign or relieve counsel." U.S. Court of Appeals for the Second Circuit Criminal Justice Act Plan VI.A; *see also* U.S. District Court for the Southern District of New York Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act VIII.C.

    Because Radulescu's appeal is currently pending, this matter is properly decided by the Second Circuit and Radulescu's motion before this Court is dismissed.

Dated: New York, New York
       March 7, 2024

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

Copy mailed to defendant by chambers.