UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-651 (SHS) |
| v. | ORDER |
| ALEXANDRU RADULESCU, | |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

    Having withdrawn his appeal to the U.S. Court of Appeals for the Second Circuit (*see* ECF No. 1516), defendant now renews his *pro se* motion dated January 25, 2024 (ECF No. 1498) seeking modification of his sentence pursuant to 18 U.S.C. § 3582. (ECF No. 1518.)

    IT IS HEREBY ORDERED that the government is directed to respond to defendant's motion on or before May 16, 2024.

Dated: New York, New York
       April 16, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.