UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -against- | : | <u>ORDER</u> |
| ALEXANDRU RADULESCU, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The defendant having filed a motion for return of property pursuant to Fed. R. Crim. P. 41(g) [Doc. No. 1522],

    IT IS HEREBY ORDERED that the government is directed to respond to this motion on or before May 10, 2024. The Clerk of Court shall mail a copy of this Order to Alexander Radulescu [87932-054], FCI Oxford, Federal Correctional Institution, P.O. Box 1000, Oxford, WI 53952.

Dated: New York, New York
       April 23, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.