UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-651 (SHS) |
| -against- | : | ORDER |
| ALEXANDRU RADULESCU, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    Defendant's "Motion for Return of Property Under Fed. R. Crim. P. 41(g) [Doc. No. 1522] dated April 10, 2024, is dismissed as moot in light of the government's response dated May 10, 2024 [Doc. No. 1526], stating that the government "will arrange for that property to be sent to [the] specified individual."

Dated: New York, New York
         May 13, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

COPIES MAILED to def.