UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,            :          19-cr-651 (SHS)

       -v-                                  :          ORDER

ALEXANDRU RADULESCU,                 :

          Defendant.              :

--------------------------------------------------------x


SIDNEY H. STEIN, United States District Judge:

    Defendant having filed a motion for reconsideration of the Court's Opinion and Order denying defendant's motion for compassionate release [Doc. No. 1542] dated today,

    IT IS HEREBY ORDERED that within 14 days of the date of this Order, the government shall respond to defendant's motion.


Dated: New York, New York
      October 1, 2024

                    SO ORDERED:

                    Sidney H. Stein, U.S.D.J.