UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALEXANDRU RADULESCU,

        Defendant.

19-cr-651 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court construes the letter of Alan Seidler dated January 16, 2025 (ECF No. 1568) as a third motion for compassionate release by Radulescu, including his motion for reconsideration (ECF No. 1542; *see also* ECF Nos. 1498, 1529, 1536, 1537, 1540, 1548).

IT IS HEREBY ORDERED that the government is directed to respond to this motion (ECF No. 1568) on or before February 28, 2025.

Dated: New York, New York
      January 21, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.