UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

UNITED STATES OF AMERICA,

v.

ALEXANDRU RADALESCU,

                     Defendant.

19-CR-651 (SHS)


ORDER

------------------------------------------

SIDNEY H. STEIN, U.S. District Judge.

       Defendant Alexandru Radalescu is represented in his pending Section 2255 petition by B. Alan Seidler, Esq. (ECF No. 1568.) The Court has received Radalescu's *pro se* submission entitled "Judicial Notice." (ECF No. 1579.) Local Criminal Rule 49.2 provides that "[u]nless otherwise ordered by the court, a defendant represented by counsel in a pending criminal case or in a proceeding pursuant to 28 U.S.C. § 2255 may not file or submit any pro se letter, motion, or brief." Any submissions to the Court are to be made by Radalescu's attorney. The Clerk of Court is directed to mail a copy of this Order to defendant as follows: Alexandru Radalescu [87932-054], FCI Oxford Federal Correctional Institution, P.O. Box 1000, Oxford, WI 53952.


Dated:  New York, New York
          April 15, 2025

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.