UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　:　　19-Cr-651 (SHS)

　　　　-against-　　　　　　　　　　　　　:　　<u>ORDER</u>

ALEXANDRU RADULESCU,　　　　　　　:

　　　　　　　Defendant.　　　　　　　　　:

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

　　　　IT IS HEREBY ORDERED that defendant's "Motion For Leave To Proceed On Appeal In Forma Pauperis" filed today [Doc. No. 1584] is granted. The Clerk of Court is directed to send a copy of this Order to Mr. Alexandru Radulescu [87932-054], FCI Oxford, Federal Correctional Institution, P.O. Box 1000, Oxford, WI 53952.

Dated: New York, New York
　　　　April 30, 2025

　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.