UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    19-Cr-651 (SHS)

      -against-                                         :    ORDER

ALEXANDRU RADULESCU,                :

      Defendant.                                        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that:

    1. Defendant's "Omnibus Motion Seeking (1) to Amend Previous Motion for Designation of Record on Appeal ("ROA); and (2) Copies of Files on the ROA," is granted;

    2. The Clerk of Court is directed to transmit the documents requested in defendant's omnibus motion to the U.S. Court of Appeals; and

    3. The Clerk of Court is directed to mail a copy of the record on appeal and this Order to defendant as follows: Alexandru Radulescu [87932-054], FCI Oxford, Federal Correctional Institution, P.O. Box 1000, Oxford WI 53952.

Dated: New York, New York
      May 15, 2025

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.